**FILED**
**United States Court of Appeals**
**Tenth Circuit**

**UNITED STATES COURT OF APPEALS**

**FOR THE TENTH CIRCUIT**
_____

**February 26, 2026**

**Christopher M. Wolpert**
**Clerk of Court**

UNITED STATES OF AMERICA,

    Plaintiff - Appellee,

v.

JORDAN MICHAEL RATZLAFF,

    Defendant - Appellant.

No. 25-1435
(D.C. No. 1:22-CR-00021-WJM-1)
(D. Colo.)

_____

**ORDER AND JUDGMENT**[*]
_____

Before **TYMKOVICH**, **BACHARACH**, and **FEDERICO**, Circuit Judges.
_____

Jordan Michael Ratzlaff pleaded guilty to bank robbery, carjacking, and being a felon in possession of a firearm and ammunition. The district court sentenced him to 162 months in prison. He filed a notice of appeal.

Mr. Ratzlaff's plea agreement contains an appeal waiver, which the government now moves to enforce under *United States v. Hahn*, 359 F.3d 1315, 1328 (10th Cir. 2004) (en banc). Mr. Ratzlaff responds that, after "fully discuss[ing]" the motion with counsel, he "does not object to the government's Motion." Resp. at 1.

---

[*] This order and judgment is not binding precedent, except under the doctrines of law of the case, res judicata, and collateral estoppel. It may be cited, however, for its persuasive value consistent with Fed. R. App. P. 32.1 and 10th Cir. R. 32.1.

Based on Mr. Ratzlaff's non-opposition, we grant the government's motion and dismiss this appeal.

Entered for the Court

Per Curiam